# Exhibit 3

DRAFT Privileged and Cr

| Financial Summary - Ener1, Inc. | | 2012 | | | | | 2013 | | | | | 2014 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 31-Mar-12 | 30-Jun-12 | 30-Sep-12 | 31-Dec-12 | Total | 31-Mar-13 | 30-Jun-13 | 30-Sep-13 | 31-Dec-13 | Total | 31-Mar-14 | 30-Jun-14 | 30-Sep-14 | 31-Dec-14 | Total |
| | | | | | | 2012 | | | | | | | 2013 | | | |
| **Cash Flow Statement ('000s) - Ener1, Inc.** | | | | | | | | | | | | | | | | |
| **Cash provided by (used in):** | | | | | | | | | | | | | | | | |
| **Operating activities** | | | | | | | | | | | | | | | | |
| Net Income (Loss) | | (20,846) | (10,215) | (6,764) | (3,097) | (40,923) | (5,689) | (5,994) | (8,026) | (42,779) | (62,487) | (1,579) | (1,069) | (1,582) | (692) | (4,921) |
| Interest payment adjustment | non-cash | - | 997 | - | 763 | 1,760 | 725 | 681 | 640 | 658 | 2,705 | 670 | 641 | 598 | 615 | 2,524 |
| Grant | non-cash | - | - | - | - | - | - | - | - | (35,789) | (35,789) | - | - | - | - | - |
| Sale of PPE | non-cash | - | - | - | - | - | - | - | - | 70,309 | 70,309 | - | - | - | - | - |
| Grant proceeds recognized | non-cash | (675) | (675) | (675) | (675) | (2,701) | (675) | (675) | (675) | — | (2,026) | — | — | — | — | - |
| Depreciation ENERDEL | non-cash | 869 | 869 | 869 | 869 | 3,477 | 924 | 924 | 924 | 583 | 3,356 | 609 | 609 | 609 | 609 | 2,435 |
| Depreciation E1K | non-cash | 1,181 | 1,161 | 1,122 | 1,128 | 4,592 | 1,092 | 1,098 | 1,415 | 1,098 | 4,703 | 871 | 887 | 895 | 904 | 3,558 |
| (Inc.) Dec. in AR | | 6,849 | (3,040) | 2,004 | (5,215) | 598 | 778 | (12) | 4,415 | (75) | 5,106 | (9,218) | (63) | (100) | 92 | (9,290) |
| (Inc) Dec in Prepaid Exp. | | 442 | (93) | (541) | (194) | (385) | 655 | 54 | (48) | (110) | 551 | 748 | 46 | 35 | (110) | 720 |
| (Inc) Dec in Inventory | | 3,952 | 3,481 | 1,138 | (3,851) | 4,720 | 3,538 | 80 | 275 | (81) | 3,811 | (10,389) | 202 | 151 | 220 | (9,816) |
| (Inc) Dec in Restricted cash | | 2,654 | (14) | - | - | 2,641 | 1,125 | - | - | - | 1,125 | 307 | - | - | - | 307 |
| Inc (Dec) in AP & Accrued | | (1,116) | 3,088 | (458) | 595 | 2,110 | (126) | 426 | 195 | (275) | 219 | 5,301 | 76 | 255 | (876) | 4,755 |
| Inc (Dec) in Deferred Credit - DOE ABMI | | | | | | - | | | | | - | | | | | - |
| Inc (Dec) in Deferred Revenue | | | | | | - | | | | | - | | | | | - |
| **Net Cash from Operating** | | (6,690) | (4,439) | (3,305) | (9,678) | (24,112) | 2,346 | (3,417) | (886) | (6,461) | (8,416) | (12,680) | 1,329 | 861 | 762 | (9,728) |
| **Investing activities** | | | | | | | | | | | | | | | | |
| Capital Expenditures ENERDEL | | (750) | (750) | (750) | (750) | (3,000) | (825) | (825) | (825) | (825) | (3,300) | (383) | (383) | (383) | (383) | (1,533) |
| Capital Expenditures E1K | | (343) | (251) | (281) | (100) | (976) | (46) | (46) | (46) | (46) | (183) | (46) | (46) | (46) | (46) | (183) |
| Investments in Subs | | (24,000) | - | - | - | (24,000) | - | - | - | - | - | (24,000) | - | - | - | (24,000) |
| Other Items | | 42 | 38 | 28 | 28 | 137 | 28 | 28 | 29 | 23 | 109 | 15 | 15 | 12 | 11 | 53 |
| Dividends | | - | - | - | - | - | - | - | - | - | - | 900 | 900 | 900 | 900 | 3,600 |
| **Net Cash from Investing** | | (25,051) | (964) | (1,003) | (822) | (27,839) | (843) | (842) | (842) | (848) | (3,375) | (23,515) | 485 | 483 | 482 | (22,064) |
| **Financing activities** | | | | | | | | | | | | | | | | |
| Inc (Dec) in Capital Lease | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Equity | | 60,505 | 2,420 | 4,462 | 10,540 | 77,927 | 5,725 | 4,825 | 1,910 | 8,943 | 21,402 | 14,959 | 976 | 993 | 1,011 | 17,940 |
| New Equity (third party) | 31,000 | - | - | - | | - | | | | 8,000 | 8,000 | 14,000 | - | - | - | 14,000 |
| Z1 Group equity | 50,000 | 24,000 | 2,000 | 4,000 | 10,000 | 40,000 | 5,000 | 4,000 | 1,000 | | 10,000 | | | | | - |
| Accrued dividends | | — | (420) | (462) | (540) | (1,423) | (725) | (825) | (910) | (943) | (3,402) | (959) | (976) | (993) | (1,011) | (3,940) |
| Long Term Debt Financing | | (23,426) | 873 | 60 | 399 | (22,093) | (6,644) | 320 | 457 | 662 | (5,205) | 23,345 | 22 | 417 | 552 | 24,336 |
| Interest payment adjustment | | - | (997) | - | (763) | (1,760) | (725) | (681) | (640) | (658) | (2,705) | (670) | (641) | (598) | (615) | (2,524) |
| **Net Cash from Financing** | | 37,079 | 1,876 | 4,060 | 9,637 | 52,652 | (2,370) | 3,639 | 817 | 8,004 | 10,090 | 36,676 | (619) | (181) | (63) | 35,813 |
| Net Increase (Decrease) in Cash | | 5,338 | (3,527) | (248) | (863) | 700 | (866) | (621) | (910) | 695 | (1,701) | 481 | 1,195 | 1,163 | 1,182 | 4,021 |
| Beginning Cash Balance | | 4,013 | 9,351 | 5,824 | 5,576 | 4,013 | 4,713 | 3,847 | 3,226 | 2,316 | 4,713 | 3,012 | 3,493 | 4,688 | 5,851 | 3,012 |
| **Ending Cash Balance** | | 9,351 | 5,824 | 5,576 | 4,713 | 4,713 | 3,847 | 3,226 | 2,316 | 3,012 | 3,012 | 3,493 | 4,688 | 5,851 | 7,033 | 7,033 |

DRAFT Privileged and Confidential

Financial Summary - Ener1, Inc.

| | 2015 | | | | | 2016 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 31-Mar-15 | 30-Jun-15 | 30-Sep-15 | 31-Dec-15 | Total | 31-Mar-16 | 30-Jun-16 | 30-Sep-16 | 31-Dec-16 | Total |
| | 2014 | | | | | 2015 | | | | 2016 |
| **Cash Flow Statement ('000s) - Ener1, Inc.** | | | | | | | | | | |
| Cash provided by (used in): | | | | | | | | | | |
| Operating activities | | | | | | | | | | |
| Net Income (Loss) | 879 | 1,243 | 1,067 | 1,504 | 4,692 | 2,852 | 2,986 | 2,386 | 3,370 | 11,595 |
| Interest payment adjustment | 626 | 586 | 516 | 531 | 2,259 | 540 | (0) | - | - | 540 |
| Grant | - | - | - | - | - | - | - | - | - | - |
| Sale of PPE | - | - | - | - | - | - | - | - | - | - |
| Grant proceeds recognized | – | – | – | – | - | – | – | – | – | - |
| Depreciation ENERDEL | 646 | 646 | 646 | 646 | 2,583 | 691 | 691 | 691 | 691 | 2,764 |
| Depreciation E1K | 448 | 872 | 872 | 872 | 3,063 | 636 | 848 | 848 | 848 | 3,182 |
| (Inc.) Dec. in AR | (5,163) | (23) | 338 | (518) | (5,367) | (3,736) | 44 | 670 | (29) | (3,050) |
| (Inc) Dec in Prepaid Exp. | 10 | 46 | 35 | (109) | (17) | 15 | 41 | 36 | (110) | (19) |
| (Inc) Dec in Inventory | (10,339) | 269 | (116) | 181 | (10,005) | (5,360) | 228 | 592 | 72 | (4,468) |
| (Inc) Dec in Restricted cash | - | - | - | - | - | - | - | - | - | - |
| Inc (Dec) in AP & Accrued | 3,346 | 391 | (405) | 220 | 3,552 | 2,241 | 342 | (745) | (78) | 1,759 |
| Inc (Dec) in Deferred Credit - DOE ABN | | | | | - | | | | | - |
| Inc (Dec) in Deferred Revenue | | | | | - | | | | | - |
| **Net Cash from Operating** | (9,548) | 4,030 | 2,952 | 3,326 | 761 | (2,120) | 5,180 | 4,479 | 4,764 | 12,303 |
| Investing activities | | | | | | | | | | |
| Capital Expenditures ENERDEL | (555) | (555) | (555) | (555) | (2,219) | (678) | (678) | (678) | (678) | (2,713) |
| Capital Expenditures E1K | (46) | (46) | (46) | (46) | (183) | (46) | (46) | (46) | (46) | (183) |
| Investments in Subs | - | - | - | - | - | - | - | - | - | - |
| Other Items | 14 | - | - | - | 14 | - | - | - | - | - |
| Dividends | 900 | 900 | 900 | 900 | 3,600 | 900 | 900 | 900 | 900 | 3,600 |
| **Net Cash from Investing** | 313 | 300 | 300 | 300 | 1,212 | 176 | 176 | 176 | 176 | 703 |
| Financing activities | | | | | | | | | | |
| Inc (Dec) in Capital Lease | - | - | - | - | - | - | - | - | - | - |
| Equity | 10,028 | 1,046 | 1,065 | 1,083 | 13,223 | 1,102 | 1,122 | 1,141 | 1,161 | 4,526 |
| New Equity (third party) | 9,000 | - | - | - | 9,000 | - | - | - | - | - |
| Z1 Group equity | | | | | - | | | | | |
| Accrued dividends | (1,028) | (1,046) | (1,065) | (1,083) | (4,223) | (1,102) | (1,122) | (1,141) | (1,161) | (4,526) |
| Long Term Debt Financing | (493) | 219 | 66 | 347 | 139 | (7,492) | (224) | (1,290) | (222) | (9,228) |
| Interest payment adjustment | (626) | (586) | (516) | (531) | (2,259) | (540) | 0 | - | - | (540) |
| **Net Cash from Financing** | 7,881 | (367) | (451) | (184) | 6,879 | (8,033) | (224) | (1,290) | (222) | (9,768) |
| Net Increase (Decrease) in Cash | (1,354) | 3,962 | 2,801 | 3,442 | 8,852 | (9,977) | 5,132 | 3,365 | 4,719 | 3,239 |
| Beginning Cash Balance | 7,033 | 5,679 | 9,641 | 12,442 | 7,033 | 15,884 | 5,907 | 11,039 | 14,404 | 15,884 |
| **Ending Cash Balance** | 5,679 | 9,641 | 12,442 | 15,884 | 15,884 | 5,907 | 11,039 | 14,404 | 19,123 | 19,123 |

DRAFT Privileged an                         |

ENERI INC
QUARTERLY BALANCE SHEET
$ '000

|  | Q1 2012 | Q2 2012 | Q3 2012 | Q4 2012 | Q1 2013 | Q2 2013 | Q3 2013 | Q4 2013 |
|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | |
| **Current assets** | | | | | | | | |
| Cash and cash equivalents | 9,351 | 5,824 | 5,576 | 4,713 | 3,847 | 3,226 | 2,316 | 3,012 |
| Restricted cash | 4,013 | 4,027 | 4,027 | 4,027 | 2,902 | 2,902 | 2,902 | 2,902 |
| Accounts receivable, net of allowance | 11,811 | 14,851 | 12,847 | 18,062 | 17,284 | 17,296 | 12,881 | 12,956 |
| FSK I Projected CF | 5,505 | 5,505 | 4,000 | 4,000 | 4,000 | 4,000 | – | – |
| FSK II Projected CF | – | | | | | | | |
| Grant proceeds receivable | – | – | – | – | – | – | – | – |
| Inventories, net of provision for obsolescence | 24,241 | 20,759 | 19,622 | 23,473 | 19,935 | 19,855 | 19,581 | 19,662 |
| Prepaid expenses and other current assets | 1,765 | 1,857 | 2,398 | 2,592 | 1,937 | 1,882 | 1,931 | 2,040 |
| Total current assets | 51,181 | 47,319 | 44,469 | 52,867 | 45,906 | 45,162 | 39,611 | 40,572 |
| Deferred financing costs, net of amortization | – | – | – | – | – | – | – | – |
| Property and equipment, net of accumulated depreciation | 121,971 | 120,942 | 119,982 | 118,835 | 117,690 | 116,538 | 115,070 | 43,950 |
| Intangible assets, net of accumulated amortization | 9,885 | 9,885 | 9,885 | 9,885 | 9,885 | 9,885 | 9,885 | 9,885 |
| Investment in unconsolidated entity | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 |
| Goodwill | – | – | – | – | – | – | – | – |
| Other | 2,419 | 2,381 | 2,353 | 2,324 | 2,296 | 2,268 | 2,239 | 2,216 |
| Total assets | 209,455 | 204,526 | 200,689 | 207,911 | 199,777 | 197,853 | 190,805 | 120,623 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | | | | | |
| **Current liabilities** | | | | | | | | |
| Accounts payable and accrued expenses | 5,935 | 9,023 | 8,565 | 9,160 | 9,034 | 9,460 | 9,655 | 9,380 |
| Deferred grant proceeds, current portion | – | – | – | – | – | – | – | – |
| Deferred revenue | – | – | – | – | – | – | – | – |
| Income taxes payable | 113 | 113 | 113 | 113 | 113 | 113 | 113 | 113 |
| Current portion of capital leases and other debt obligations | – | – | – | – | – | – | – | – |
| Total current liabilities | 6,048 | 9,136 | 8,678 | 9,273 | 9,147 | 9,573 | 9,768 | 9,493 |
| Deferred grant proceeds, less current portion | 39,841 | 39,165 | 38,490 | 37,815 | 37,140 | 36,464 | 35,789 | – |
| Derivative and financial instruments | – | – | – | – | – | – | – | |
| Long-term debt | 88,356 | 89,230 | 89,290 | 89,689 | 83,045 | 83,365 | 83,822 | 84,484 |
| Other long-term liabilities | 2,077 | 2,077 | 2,077 | 2,077 | 2,077 | 2,077 | 2,077 | 2,077 |
| Deferred income tax liabilities | – | – | – | – | – | – | – | – |
| Total liabilities | 136,322 | 139,608 | 138,535 | 138,854 | 131,409 | 131,479 | 131,456 | 96,054 |
| **Stockholders' equity** | | | | | | | | |
| Common stock | 1,969 | 1,969 | 1,969 | 1,969 | 1,969 | 1,969 | 1,969 | 1,969 |
| Paid in capital | 709,425 | 711,845 | 716,307 | 726,847 | 732,572 | 737,397 | 739,307 | 748,250 |
| Common stock | 685,425 | 685,425 | 685,425 | 685,425 | 685,425 | 685,425 | 685,425 | 693,425 |
| Preferred stock | 24,000 | 26,420 | 30,882 | 41,423 | 47,148 | 51,973 | 53,882 | 54,825 |
| Accumulated other comprehensive income | 5,345 | 5,345 | 5,345 | 5,345 | 5,345 | 5,345 | 5,345 | 5,345 |
| Accumulated deficit | (645,105) | (655,635) | (662,735) | (666,370) | (672,688) | (679,438) | (688,288) | (731,982) |
| Total Eneri, Inc. stockholders' equity | 71,634 | 63,523 | 60,886 | 67,791 | 67,198 | 65,273 | 58,333 | 23,582 |
| Noncontrolling interests | 1,500 | 1,395 | 1,268 | 1,266 | 1,170 | 1,101 | 1,016 | 988 |
| Total stockholders' equity | 73,134 | 64,918 | 62,154 | 69,057 | 68,368 | 66,374 | 59,349 | 24,570 |
| Total liabilities and stockholders' equity | 209,455 | 204,526 | 200,689 | 207,911 | 199,777 | 197,853 | 190,805 | 120,623 |

DRAFT Privileged and Confidential

ENERI INC
QUARTERLY BALANCE SHEET
$ '000

| | Q1 2014 | Q2 2014 | Q3 2014 | Q4 2014 | Q1 2015 | Q2 2015 | Q3 2015 | Q4 2015 | Q1 2016 | Q2 2016 | Q3 2016 | Q4 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | |
| **Current assets** | | | | | | | | | | | | |
| Cash and cash equivalents | 3,493 | 4,688 | 5,851 | 7,033 | 5,679 | 9,641 | 12,442 | 15,884 | 5,907 | 11,039 | 14,404 | 19,123 |
| Restricted cash | 2,595 | 2,595 | 2,595 | 2,595 | 2,595 | 2,595 | 2,595 | 2,595 | 2,595 | 2,595 | 2,595 | 2,595 |
| Accounts receivable, net of allowance | 22,175 | 22,238 | 22,338 | 22,246 | 27,409 | 27,432 | 27,095 | 27,613 | 31,349 | 31,305 | 30,634 | 30,663 |
| FSK I Projected CF | - | - | - | - | - | - | - | - | - | - | - | - |
| FSK II Projected CF | | | | | | | | | | | | |
| Grant proceeds receivable | - | - | - | - | - | - | - | - | - | - | - | - |
| Inventories, net of provision for obsolescence | 30,051 | 29,849 | 29,698 | 29,478 | 39,817 | 39,548 | 39,664 | 39,483 | 44,844 | 44,616 | 44,024 | 43,951 |
| Prepaid expenses and other current assets | 1,292 | 1,246 | 1,211 | 1,320 | 1,310 | 1,264 | 1,229 | 1,338 | 1,323 | 1,282 | 1,247 | 1,356 |
| Total current assets | 59,605 | 60,616 | 61,693 | 62,672 | 76,811 | 80,481 | 83,025 | 86,913 | 86,018 | 90,837 | 92,904 | 97,689 |
| Deferred financing costs, net of amortization | - | - | - | - | - | - | - | - | - | - | - | - |
| Property and equipment, net of accumulated depreciation | 42,899 | 41,833 | 40,758 | 39,674 | 39,181 | 38,264 | 37,347 | 36,429 | 35,826 | 35,011 | 34,196 | 33,380 |
| Intangible assets, net of accumulated amortization | 9,885 | 9,885 | 9,885 | 9,885 | 9,885 | 9,885 | 9,885 | 9,885 | 9,885 | 9,885 | 9,885 | 9,885 |
| Investment in unconsolidated entity | 47,100 | 46,200 | 45,300 | 44,400 | 43,500 | 42,600 | 41,700 | 40,800 | 39,900 | 39,000 | 38,100 | 37,200 |
| Goodwill | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | 2,201 | 2,187 | 2,174 | 2,163 | 2,149 | 2,149 | 2,149 | 2,149 | 2,149 | 2,149 | 2,149 | 2,149 |
| Total assets | 161,691 | 160,720 | 159,810 | 158,794 | 171,525 | 173,378 | 174,105 | 176,177 | 173,778 | 176,882 | 177,234 | 180,303 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | | | | | | | | | |
| **Current liabilities** | | | | | | | | | | | | |
| Accounts payable and accrued expenses | 14,681 | 14,756 | 15,011 | 14,135 | 17,481 | 17,872 | 17,467 | 17,687 | 19,928 | 20,269 | 19,525 | 19,446 |
| Deferred grant proceeds, current portion | - | - | - | - | - | - | - | - | - | - | - | - |
| Deferred revenue | - | - | - | - | - | - | - | - | - | - | - | - |
| Income taxes payable | 113 | 113 | 113 | 113 | 113 | 113 | 113 | 113 | 113 | 113 | 113 | 113 |
| Current portion of capital leases and other debt obligations | - | - | - | - | - | - | - | - | - | - | - | - |
| Total current liabilities | 14,794 | 14,869 | 15,124 | 14,248 | 17,594 | 17,985 | 17,580 | 17,800 | 20,041 | 20,382 | 19,638 | 19,559 |
| Deferred grant proceeds, less current portion | - | - | - | - | - | - | - | - | - | - | - | - |
| Derivative and financial instruments | - | - | - | - | - | - | - | - | - | - | - | - |
| Long-term debt | 107,829 | 107,851 | 108,268 | 108,820 | 108,327 | 108,546 | 108,612 | 108,959 | 101,467 | 101,243 | 99,953 | 99,731 |
| Other long-term liabilities | 2,077 | 2,077 | 2,077 | 2,077 | 2,077 | 2,077 | 2,077 | 2,077 | 2,077 | 2,077 | 2,077 | 2,077 |
| Deferred income tax liabilities | - | - | - | - | - | - | - | - | - | - | - | - |
| Total liabilities | 124,700 | 124,798 | 125,469 | 125,145 | 127,998 | 128,608 | 128,268 | 128,836 | 123,584 | 123,702 | 121,667 | 121,368 |
| **Stockholders' equity** | | | | | | | | | | | | |
| Common stock | 1,969 | 1,969 | 1,969 | 1,969 | 1,969 | 1,969 | 1,969 | 1,969 | 1,969 | 1,969 | 1,969 | 1,969 |
| Paid in capital | 763,209 | 764,186 | 765,179 | 766,190 | 776,218 | 777,264 | 778,329 | 779,412 | 780,515 | 781,636 | 782,777 | 783,939 |
| Common stock | 707,425 | 707,425 | 707,425 | 707,425 | 716,425 | 716,425 | 716,425 | 716,425 | 716,425 | 716,425 | 716,425 | 716,425 |
| Preferred stock | 55,785 | 56,761 | 57,754 | 58,765 | 59,793 | 60,840 | 61,904 | 62,988 | 64,090 | 65,212 | 66,353 | 67,514 |
| Accumulated other comprehensive income | 5,345 | 5,345 | 5,345 | 5,345 | 5,345 | 5,345 | 5,345 | 5,345 | 5,345 | 5,345 | 5,345 | 5,345 |
| Accumulated deficit | (734,503) | (736,561) | (739,118) | (740,857) | (741,023) | (740,865) | (740,885) | (740,514) | (738,793) | (736,964) | (735,731) | (733,572) |
| Total Eneri, Inc. stockholders' equity | 36,021 | 34,938 | 33,375 | 32,647 | 42,509 | 43,713 | 44,758 | 46,212 | 49,035 | 51,987 | 54,361 | 57,681 |
| Noncontrolling interests | 970 | 984 | 966 | 1,002 | 1,019 | 1,057 | 1,080 | 1,129 | 1,158 | 1,193 | 1,206 | 1,255 |
| Total stockholders' equity | 36,991 | 35,922 | 34,341 | 33,649 | 43,527 | 44,770 | 45,837 | 47,341 | 50,194 | 53,180 | 55,566 | 58,936 |
| Total liabilities and stockholders' equity | 161,691 | 160,720 | 159,810 | 158,794 | 171,525 | 173,378 | 174,105 | 176,177 | 173,778 | 176,882 | 177,234 | 180,303 |

DRAFT Privileged r

| Financial Summary - Ener1, Inc. | 2013 | | | | 2013 | 2014 | | | | 2014 | 2015 | | | | 2015 | 2016 | | | | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 31-Mar-13 | 30-Jun-13 | 30-Sep-13 | 31-Dec-13 | Total | 31-Mar-14 | 30-Jun-14 | 30-Sep-14 | 31-Dec-14 | Total | 31-Mar-15 | 30-Jun-15 | 30-Sep-15 | 31-Dec-15 | Total | 31-Mar-16 | 30-Jun-16 | 30-Sep-16 | 31-Dec-16 | Total |
| **Income Statement (USD in '000s)** | | | | | | | | | | | | | | | | | | | | |
| **Revenue** | | | | | | | | | | | | | | | | | | | | |
| EnerDel | 10,734 | 9,803 | 7,941 | 7,941 | 36,417 | 28,161 | 28,161 | 28,161 | 28,161 | 112,644 | 43,420 | 43,420 | 43,420 | 43,420 | 173,680 | 52,890 | 52,890 | 52,890 | 52,890 | 211,559 |
| Ener1 Korea | 14,425 | 14,935 | 16,219 | 17,878 | 63,460 | 18,622 | 19,276 | 19,627 | 21,217 | 78,742 | 20,719 | 20,970 | 21,314 | 22,086 | 85,088 | 21,858 | 21,441 | 21,842 | 22,604 | 87,745 |
| Intercompany sales elimination | 3,390 | 3,390 | 3,933 | 4,607 | 15,320 | 6,410 | 6,410 | 5,952 | 6,410 | 25,182 | 6,743 | 6,743 | 6,743 | 6,743 | 26,971 | 6,528 | 6,528 | 6,528 | 6,528 | 26,111 |
| Total Revenue | 21,769 | 21,361 | 20,226 | 21,212 | 84,568 | 40,373 | 41,027 | 41,836 | 42,968 | 166,203 | 57,396 | 57,647 | 57,991 | 58,763 | 231,796 | 68,220 | 67,803 | 68,204 | 68,966 | 273,193 |
| **Cost of Goods Sold** | | | | | | | | | | | | | | | | | | | | |
| EnerDel (incl. Dep.) | 8,513 | 8,485 | 8,430 | 8,430 | 33,858 | 22,255 | 22,255 | 22,255 | 22,255 | 89,018 | 35,451 | 35,451 | 35,451 | 35,451 | 141,806 | 43,082 | 43,082 | 43,082 | 43,082 | 172,328 |
| Ener1 Korea (incl. Dep.) | 13,452 | 13,722 | 15,133 | 15,885 | 58,193 | 16,205 | 16,546 | 17,276 | 18,006 | 68,034 | 17,566 | 17,696 | 18,167 | 18,564 | 72,037 | 18,354 | 18,074 | 18,722 | 18,927 | 74,077 |
| Intercompany costs elimination | 3,390 | 3,390 | 3,933 | 4,607 | 15,320 | 6,410 | 6,410 | 5,952 | 6,410 | 25,182 | 6,743 | 6,743 | 6,743 | 6,743 | 26,971 | 6,528 | 6,528 | 6,528 | 6,528 | 26,111 |
| Total Cost of Goods Sold | 18,575 | 18,818 | 19,630 | 19,708 | 76,738 | 32,050 | 32,390 | 33,578 | 33,852 | 131,870 | 46,297 | 46,406 | 46,895 | 47,272 | 186,870 | 54,908 | 54,628 | 55,277 | 55,481 | 220,294 |
| **Gross Profit** | | | | | | | | | | | | | | | | | | | | |
| EnerDel | 2,220 | 1,317 | (489) | (489) | 2,659 | 5,906 | 5,906 | 5,906 | 5,906 | 23,626 | 7,969 | 7,969 | 7,969 | 7,969 | 31,875 | 9,808 | 9,808 | 9,808 | 9,808 | 39,231 |
| Gross Margin | 21% | 13% | -6% | -6% | 7% | 21% | 21% | 21% | 21% | 21% | 18% | 18% | 18% | 18% | 18% | 19% | 19% | 19% | 19% | 19% |
| Ener1 Korea | 973 | 1,216 | 1,086 | 1,993 | 5,268 | 2,417 | 2,730 | 2,351 | 3,209 | 10,708 | 3,130 | 3,272 | 3,127 | 3,522 | 13,051 | 3,505 | 3,367 | 3,120 | 3,677 | 13,668 |
| Gross Margin | 7% | 8% | 7% | 11% | 8% | 13% | 14% | 12% | 15% | 14% | 15% | 16% | 15% | 16% | 16% | 16% | 16% | 14% | 16% | 16% |
| Gross Profit | 3,193 | 2,533 | 597 | 1,504 | 7,927 | 8,323 | 8,637 | 8,258 | 9,116 | 34,333 | 11,099 | 11,240 | 11,095 | 11,491 | 44,926 | 13,312 | 13,176 | 12,927 | 13,485 | 52,899 |
| **Operating Expenses** | | | | | | | | | | | | | | | | | | | | |
| SG&A | | | | | | | | | | | | | | | | | | | | |
| EnerDel | 2,231 | 2,231 | 2,231 | 2,231 | 8,925 | 2,265 | 2,265 | 2,265 | 2,265 | 9,060 | 2,300 | 2,300 | 2,300 | 2,300 | 9,200 | 2,336 | 2,336 | 2,336 | 2,336 | 9,344 |
| Ener1 Korea | 2,093 | 1,840 | 1,971 | 1,819 | 7,723 | 2,178 | 1,913 | 2,049 | 1,889 | 8,029 | 2,253 | 1,962 | 2,120 | 1,958 | 8,313 | 2,396 | 2,105 | 2,259 | 2,080 | 8,841 |
| Total SG&A | 4,324 | 4,071 | 4,202 | 4,051 | 16,647 | 4,443 | 4,178 | 4,314 | 4,155 | 17,089 | 4,553 | 4,282 | 4,420 | 4,258 | 17,513 | 4,732 | 4,441 | 4,596 | 4,416 | 18,185 |
| R&D and Product Engineering | | | | | | | | | | | | | | | | | | | | |
| EnerDel | 3,053 | 3,035 | 3,034 | 3,034 | 12,156 | 3,225 | 3,207 | 3,231 | 3,231 | 12,894 | 3,310 | 3,291 | 3,266 | 3,266 | 13,173 | 3,367 | 3,348 | 3,342 | 3,342 | 13,399 |
| Ener1 Korea | 29 | 29 | 29 | 29 | 115 | 31 | 31 | 31 | 31 | 124 | 37 | 37 | 37 | 37 | 148 | 45 | 45 | 44 | 45 | 179 |
| Total R&D and Product Engineering | 3,081 | 3,064 | 3,063 | 3,063 | 12,270 | 3,256 | 3,238 | 3,262 | 3,262 | 13,018 | 3,347 | 3,328 | 3,323 | 3,323 | 13,321 | 3,412 | 3,393 | 3,386 | 3,387 | 13,578 |
| Restructuring Costs | 433 | 373 | 373 | 35,393 | 36,572 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Grant proceeds recognized | 675 | 675 | 675 | - | 2,026 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Operating Expense | 7,163 | 6,832 | 6,942 | 42,506 | 63,464 | 7,699 | 7,417 | 7,576 | 7,417 | 30,108 | 7,900 | 7,611 | 7,743 | 7,581 | 30,835 | 8,144 | 7,834 | 7,982 | 7,803 | 31,763 |
| **BIT** | (3,970) | (4,299) | (6,365) | (41,002) | (56,637) | 624 | 1,220 | 682 | 1,699 | 4,225 | 3,199 | 3,630 | 3,353 | 3,910 | 14,091 | 5,168 | 5,341 | 4,945 | 5,681 | 21,136 |
| EBITDA | (1,954) | (2,277) | (4,026) | (39,321) | (47,578) | 2,104 | 2,716 | 2,186 | 3,212 | 10,219 | 4,293 | 5,147 | 4,870 | 5,428 | 19,738 | 6,496 | 6,880 | 6,485 | 7,221 | 27,082 |
| EBITDAR | (1,521) | (1,904) | (3,653) | (3,928) | (11,006) | 2,104 | 2,716 | 2,186 | 3,212 | 10,219 | 4,293 | 5,147 | 4,870 | 5,428 | 19,738 | 6,496 | 6,880 | 6,485 | 7,221 | 27,082 |
| EnerDel | (1,464) | (2,350) | (4,155) | (5,171) | (13,139) | 1,025 | 1,043 | 1,019 | 1,019 | 4,106 | 3,005 | 3,023 | 3,029 | 3,029 | 12,066 | 4,796 | 4,815 | 4,820 | 4,820 | 19,251 |
| Ener1 Korea | (57) | 446 | 501 | 1,243 | 2,133 | 1,079 | 1,673 | 1,167 | 2,193 | 6,113 | 1,288 | 2,124 | 1,841 | 2,399 | 7,652 | 1,700 | 2,065 | 1,665 | 2,401 | 7,831 |
| **Other (Income) / Expense** | | | | | | | | | | | | | | | | | | | | |
| Interest Expense | | | | | | | | | | | | | | | | | | | | |
| E1K Interest | 324 | 317 | 312 | 319 | 1,271 | 324 | 317 | 312 | 319 | 1,271 | 325 | 318 | 313 | 320 | 1,277 | 325 | 318 | 313 | 320 | 1,277 |
| GS loan facility | 725 | 681 | 640 | 658 | 2,705 | 670 | 641 | 598 | 615 | 2,524 | 626 | 586 | 516 | 531 | 2,259 | 540 | 488 | 725 | 363 | 2,116 |
| WX1 loan facility | 450 | 450 | 450 | 450 | 1,800 | 450 | 450 | 450 | 450 | 1,800 | 450 | 450 | 450 | 450 | 1,800 | 450 | 450 | 450 | 450 | 1,800 |
| WX2 loan facility | - | - | - | - | - | 450 | 450 | 450 | 450 | 1,800 | 450 | 450 | 450 | 450 | 1,800 | 450 | 450 | 450 | 450 | 1,800 |
| WC line | $97 | $71 | $63 | $58 | $289 | $126 | $192 | $188 | $185 | $692 | $236 | $265 | $279 | $274 | $1,074 | $302 | $329 | $324 | $318 | $1,272 |
| Total Other | 1,506 | 1,519 | 1,465 | 1,485 | 6,065 | 2,020 | 2,050 | 1,998 | 2,020 | 8,087 | 2,088 | 2,069 | 2,008 | 2,025 | 8,210 | 2,067 | 2,035 | 2,262 | 1,901 | 8,265 |
| **Earnings before Taxes Consolidated** | (5,565) | (5,818) | (7,830) | (42,487) | (61,702) | (1,396) | (829) | (1,316) | (320) | (3,862) | 1,112 | 1,541 | 1,345 | 1,885 | 5,882 | 3,101 | 3,306 | 2,683 | 3,781 | 12,871 |
| Earnings before Taxes E1U | (4,094) | (4,850) | (6,605) | (42,313) | (57,861) | (1,280) | (1,299) | (1,276) | (1,290) | (5,145) | 597 | 607 | 688 | 678 | 2,569 | 2,363 | 2,407 | 2,180 | 2,549 | 9,499 |
| Earnings before Taxes E1K | (1,472) | (969) | (1,225) | (174) | (3,841) | (116) | 470 | (40) | 970 | 1,284 | 515 | 934 | 657 | 1,207 | 3,312 | 738 | 899 | 503 | 1,232 | 3,372 |
| Income Taxes E1U | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Income Taxes E1K | $123 | $175 | $195 | $292 | $785 | $183 | $239 | $266 | $372 | $1,059 | $233 | $296 | $278 | $381 | $1,189 | $248 | $320 | $297 | $411 | $1,276 |
| Corporate income taxes | 123 | 175 | 195 | 292 | 785 | 183 | 239 | 266 | 372 | 1,059 | 233 | 296 | 278 | 381 | 1,189 | 248 | 320 | 297 | 411 | 1,276 |
| Net Income | (5,689) | (5,994) | (8,026) | (42,779) | (62,487) | (1,579) | (1,069) | (1,582) | (692) | (4,921) | 879 | 1,243 | 1,067 | 1,504 | 4,692 | 2,852 | 2,986 | 2,386 | 3,370 | 11,595 |

DRAFT Privileged and Confidential

| Financial Summary - Ener1, Inc. | | | | | 2012 |
| --- | --- | --- | --- | --- | --- |
| | Q1 | Q2 | Q3 | Q4 | Total |
| **Income Statement (USD in '000s)** | | | | | |
| **Revenue** | | | | | |
| EnerDel | 3,380 | 7,239 | 10,717 | 18,448 | 39,783 |
| Ener1 Korea | 9,158 | 12,232 | 13,166 | 16,847 | 51,402 |
| Intercompany sales elimination | ~ | 1,361 | 1,851 | 3,382 | 7,085 |
| Total Revenue | 12,538 | 17,618 | 22,031 | 31,913 | 84,100 |
| **Cost of Goods Sold** | | | | | |
| EnerDel (incl. Dep.) | 5,238 | 8,616 | 10,936 | 15,014 | 39,804 |
| Ener1 Korea (incl. Dep.) | 9,646 | 11,647 | 12,860 | 14,510 | 48,683 |
| Intercompany costs elimination | ~ | 1,851 | 1,851 | 3,382 | 7,085 |
| Total Cost of Goods Sold | 14,884 | 18,431 | 21,945 | 26,142 | 81,402 |
| **Gross Profit** | | | | | |
| EnerDel | (1,858) | (1,378) | (219) | 3,434 | (21) |
| Gross Margin | -55% | -19% | -2% | 19% | 0% |
| Ener1 Korea | (488) | 585 | 306 | 2,337 | 2,719 |
| Gross Margin | -5% | 5% | 2% | 14% | 5% |
| Gross Profit | (2,346) | (913) | 86 | 6,771 | 2,598 |
| **Operating Expenses** | | | | | |
| **SG&A** | | | | | |
| EnerDel | 3,251 | 2,196 | 2,191 | 2,193 | 8,832 |
| Ener1 Korea | 1,924 | 1,754 | 1,859 | 1,787 | 7,324 |
| Total SG&A | 4,175 | 3,950 | 4,050 | 3,980 | 16,156 |
| **R&D and Product Engineering** | | | | | |
| EnerDel | 3,390 | 2,620 | 1,838 | 3,119 | 10,968 |
| Ener1 Korea | 25 | 25 | 25 | 25 | 102 |
| Total R&D and Product Engineering | 3,416 | 2,646 | 1,864 | 3,144 | 11,069 |
| Restructuring Costs | 10,635 | 1,563 | 683 | 583 | 13,264 |
| Grant proceeds recognized | 675 | 675 | 675 | 675 | 2,701 |
| Total Operating Expense | 17,550 | 7,423 | 6,542 | 7,003 | 37,318 |
| EBIT | (19,896) | (8,237) | (5,766) | (1,232) | (35,120) |
| EBITDA | (17,346) | (5,206) | (3,764) | 765 | (27,651) |
| EBITDAR | (7,211) | (4,703) | (3,161) | 1,319 | (13,757) |
| EnerDel | | | | | |
| Ener1 Korea | | | | | |
| **Other (Income) / Expense** | | | | | |
| **Interest Expense** | | | | | |
| E1K Interest | 323 | 323 | 311 | 318 | 1,276 |
| GS loan facility | - | 997 | - | 763 | 1,760 |
| WX1 loan facility | 450 | 450 | 450 | 450 | 1,800 |
| WX2 loan facility | - | - | - | - | - |
| WC line | - | - | 27 | 87 | 113 |
| Total Other | 773 | 1,771 | 788 | 1,618 | 4,949 |
| Earnings before Taxes Consolidated | (20,669) | (10,007) | (6,543) | (2,849) | (40,069) |
| Earnings before Taxes E1U | (17,909) | (8,469) | (4,853) | (3,055) | (34,086) |
| Earnings before Taxes E1K | (2,760) | (1,538) | (1,691) | 205 | (5,983) |
| Income Taxes E1U | - | - | - | - | - |
| Income Taxes E1K | 177 | 209 | 221 | 248 | 854 |
| Corporate income taxes | 177 | 209 | 221 | 248 | 854 |
| Net income | (20,846) | (10,216) | (6,764) | (3,097) | (40,923) |

1/25/2012