UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re Ener1, Inc. _____  Case No. 12-10299
         **Debtor**                          Reporting Period: 3/1/12 - 3/30/12

                                             Federal Tax I.D. # 59-2479377

### CORPORATE MONTHLY OPERATING REPORT

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Yes | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | Yes | |
|    Copies of bank statements | | Yes | |
|    Cash disbursements journals | | Yes | |
| Statement of Operations | MOR-2 | Yes | |
| Balance Sheet | MOR-3 | Yes | |
| Status of Post-petition Taxes | MOR-4 | Yes | |
|    Copies of IRS Form 6123 or payment receipt | | Yes | |
|    Copies of tax returns filed during reporting period | | Yes | |
| Summary of Unpaid Post-petition Debts | MOR-4 | Yes | |
|    Listing of Aged Accounts Payable | | Yes | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Yes | |
| Taxes Reconciliation and Aging | MOR-5 | Yes | |
| Payments to Insiders and Professional | MOR-6 | Yes | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | Yes | |
| Debtor Questionnaire | MOR-7 | Yes | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor _____  Date _____

Signature of Authorized Individual* _____  Date 4/13/2012

Printed Name of Authorized Individual - Dale E. Parker, CFO  Date 4/13/2012

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

| In re Ener1, Inc. | Case No. 12-10299 |
|---|---|
| **Debtor** | Reporting Period: 3/1/12 - 3/30/12 |

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | |
|---|---|---|---|---|---|
| **ACCOUNT NUMBER (LAST 4)** | OPER # 7072 | OTHER # 2908 | OTHER # 6435 | OTHER #5593 | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| **CASH BEGINNING OF MONTH** | 100,117.31 | -2.65 | 0.09 | 0.00 | 100,114.75 |
| **RECEIPTS** | | | | | |
| CASH SALES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ACCOUNTS RECEIVABLE - PREPETITION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ACCOUNTS RECEIVABLE - POSTPETITION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LOANS AND ADVANCES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SALE OF ASSETS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER *(ATTACH LIST)* | 11,300,199.50 | 2.65 | 0.00 | 0.00 | 11,300,202.15 |
| TRANSFERS *(FROM DIP ACCTS)* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL RECEIPTS** | 11,300,199.50 | 2.65 | 0.00 | 0.00 | 11,300,202.15 |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYROLL TAXES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SALES, USE, & OTHER TAXES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INVENTORY PURCHASES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED/ RENTAL/ LEASES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ADMINISTRATIVE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SELLING | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER *(ATTACH LIST)* | 10,002,697.23 | 0.00 | 0.09 | 0.00 | 10,002,697.32 |
| OWNER DRAW * | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TRANSFERS *(TO DIP ACCTS)* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROFESSIONAL FEES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| U.S. TRUSTEE QUARTERLY FEES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| COURT COSTS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | 10,002,697.23 | 0.00 | 0.09 | 0.00 | 10,002,697.32 |
| | | | | | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | 1,297,502.27 | 2.65 | -0.09 | 0.00 | 1,297,504.83 |
| | | | | | |
| **CASH – END OF MONTH** | 1,397,619.58 | 0.00 | 0.00 | 0.00 | 1,397,619.58 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

## THE FOLLOWING SECTION MUST BE COMPLETED

**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)**

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | 10,002,697.32 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 0.00 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0.00 |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 10,002,697.32 |

**Form MOR1- List of RECEIPTS OTHER for Schedule of Cash Receipts and Disbursements**

| Date | Description | Amount |
|------|-------------|--------|
| 3/5/2012 | Windstream refund | 196.4 |
| 3/26/2012 | Citibank to close accounts | $3.10 |
| 3/30/2012 | Investment of Preferred Stock | $11,300,000.00 |
| | Total other receipts 3/1/12 - 3/30/12 | $11,300,199.50 |

**Form MOR1- List of DISBURSEMENTS OTHER for Schedule of Cash Receipts and Disbursements**

**Period     3/1/12 - 3/30/12**

**SEE CASH DISBURSEMENTS JOURNAL FOR DETAILS     $10,002,697.23**

In re Ener1, Inc.    Case No. 12-10299
    Debtor    Reporting Period: 3/1/12 - 3/30/12

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.
(Bank account numbers may be redacted to last four numbers.)

| | Operating # 7072 | Other ** #2908 | Other ** #6435 | Other ** #5593 |
|---|---|---|---|---|
| **BALANCE PER BOOKS** | 1,387,830.81 | 0.00 | 0.00 | 0.00 |
| BANK BALANCE | 1,411,771.24 | 0.00 | 0.00 | 0.00 |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | 0.00 | 0.00 | 0.00 | 0.00 |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | 23,940.43 | 0.00 | 0.00 | 0.00 |
| OTHER *(ATTACH EXPLANATION)* | | 0.00 | 0.00 | 0.00 |
| **ADJUSTED BANK BALANCE *** | 1,387,830.81 | 0.00 | 0.00 | 0.00 |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
| Operating # 7072 | 102641 | 115.54 | | |
| Operating # 7072 | 103647 | 2,008.00 | | |
| Operating # 7072 | 104115 | 10,000.00 | | |
| Operating # 7072 | 104353 | 10,000.00 | | |
| Operating # 7072 | 104520 | 150.00 | | |
| Operating # 7072 | 105455 | 77.98 | | |
| Operating # 7072 | 106319 | 252.74 | | |
| Operating # 7072 | RECLASS081708 | 609.36 | | |
| Operating # 7072 | WDI.000006939 | 726.81 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**OTHER**

** = Accounts closed 3/21/12

# WellsOne® Account

Account number: ▓▓▓▓▓7072   ■ March 1, 2012 - March 31, 2012   ■ Page 1 of 2



**WELLS FARGO**

ENER 1 INC
OPERATING ACCOUNT
DEBTOR IN POSSESSION
CH 11 CASE #12-10299 (SNY)
8740 HAGUE ROAD BUILDING 7
INDIANAPOLIS IN 46256-0000

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS** (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA 94163

## Account summary

### WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ▓▓▓▓▓7072 | $114,268.97 | $11,300,199.50 | -$10,002,697.23 | $1,411,771.24 |

## Credits

### Deposits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 03/05 | 196.40 ✓ | Deposit |
| | 03/26 | 3.10 ✓ | Deposit |
| | | **$199.50** | **Total deposits** |

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 03/30 | 11,300,000.00 ✓ | WT Fed#03998 Barclays Bank Plc /Org=1/Bzinfin SA Srf# 5614800090Iw Trn#120330082837 Rfb# Swf of 12/03/30 |
| | | **$11,300,000.00** | **Total electronic deposits/bank credits** |
| | | **$11,300,199.50** | **Total credits** |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 03/02 | 384.76 ✓ | ADP Payroll Fees ADP - Fees 120302 667116308066305 Enerdel Inc |
| | 03/08 | 147.75 ✓ | WT 120308-035719 Jyske Bank A/S /Bnf=Atp Srf# IN12030805473212 Trn#120308035719 Rfb# 000000542 |
| | 03/12 | 1,777.33 | Client Analysis Srvc Chrg 120309 Svc Chge 0212 002680907957072 |
| | 03/30 | 5,000,000.00 ✓ | WT Seq#90143 Enerdel Inc /Bnf=Enerdel Inc Srf# IN12033008585921 Trn#120330090143 Rfb# 000000604 |

WELLS
FARGO

### Electronic debits/bank debits *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 03/30 | 5,000,000.00 | WT Seq120064 Enerdel Inc /Bnf=Enerdel Inc Srf# IN12033010341376 Trn#120330120064 Rfb# 000000605 |
| | 03/30 | 387.39 | ADP Payroll Fees ADP - Fees 120330 667116309176316 Enerdel Inc |
| | | **$10,002,697.23** | **Total electronic debits/bank debits** |
| | | **$10,002,697.23** | **Total debits** |

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/29 | 114,268.97 | 03/08 | 113,932.86 | 03/26 | 112,158.63 |
| 03/02 | 113,884.21 | 03/12 | 112,155.53 | 03/30 | 1,411,771.24 |
| 03/05 | 114,080.61 | | | | |
| | **Average daily ledger balance** | **$196,653.20** | | | |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

| System: | DETAILED TRIAL BALANCE BY PERIOD FOR 2012 | | | User Date: | | 4/11/2012 |
|---|---|---|---|---|---|---|
| Ener1, Inc. | 7072 | | | | | |
| General Ledger | | | | | | |
| Ranges: | From:   To: | | Date: | | | |
| Account: | 11000 | 11000 Sorted By: | | 3/1/2012 | 3/31/2012 | |
| Account: | 02-100-11000 | | Description: | Account ID | Print Currency In: Functional (USD) | |
| Trx Date | Jrnl No.   Orig. Audit Trail | | Distribution Reference | Cash - Operating Account | | |
| | | | | Orig. Master Number   Orig. Master Name | | Credit |
| 3/2/2012 | 37,740 CMTRX00004864 | | ADP PAYROLL FEES 120229 | WDL00007831 | ADP | $384.76 |
| 3/8/2012 | 37,741 PMTRX00006346 | | ATP FELEMMING SOCIAL COSTS | WIRE 03082012 | ATP | $147.75 |
| 3/12/2012 | 37,775 CMTRX00004869 | | BANK FEES | WDL000007835 | WELLS FARGO | $1,777.33 |
| 3/30/2012 | 37,806 CMTRX00004870 | | ADP PAYROLL FEES | WDL00007836 | ADP | $387.39 |
| 3/30/2012 | 37,807 CMTRX00004870 | | XFR FROM ENER1 TO ENERDEL | WDL00007837 | ENERDEL | $5,000,000.00 |
| 3/30/2012 | 37,808 CMTRX00004870 | | XFR FROM ENER1 TO ENERDEL #2 | WDL00007838 | ENERDEL | $5,000,000.00 |
| | | | | Total Disbursements | | $10,002,697.23 |

MOR-1 Mar'12 Cash Disb Journals

System: DETAILED TRIAL
Ener1, Inc.
General Ledger
2908

3:09:49 PM Page:
1 User Date: 4/11/2012

4/11/2012

| Ranges: | From: | To: | Date: | | 3/1/2012 | | 3/31/2012 Subtotal By: | Month | Include: |
| Account: | 11009 | | Sorted By: | 11009 | Account ID | | Print Currency In: Functional (USD) | | |
| Account: | 02-000-11009 | | Description: | | Cash - Citi NY-DDA | | Beginning Balance: ($2.65) | Debit | Credit |
| Trx Date | Jrnl No. | Orig. Audit Trail | Distribution Reference | | Orig. Master Number | | Orig. Master Name | | $2.65 |

| | | 37,810 CMTRX00004870 | CITIBANK TO CLOSE ACCOUN | | RCT000007840 | | CITIBANK | | |
| 3/30/2012 | | 37,812 GLTRX00019488 | To Clean-up Citibank Accounts | | | | | | |
| 3/30/2012 | | 2 Net Change | Ending Balance | $0.00 | $5.30 | | | $5.30 | |

Entries:
| March | Subtotals: | | | | | $2.65 | | Debit | |
| Totals: | Account: | 02-000-11009 | | $2.65 | | $5.30 | Credit | | $2.65 |
| | Accounts | 1 | Beginning Balance | ($2.65) | | $5.30 | | Debit | |
| | | | Net Change | | | | | | |
| | | | Ending Balance | $2.65 | | | | | |

Grand Totals: 1 ($2.65) $5.30 $2.65

MOR-1 Mar'12 Cash Disb Journals

| System: | DETAILED TRIAl | | 4/11/2012 | | 3:11:27 PM Page: | | 1 User Date: | | 4/11/2012 User ID: | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ener1, Inc. | | | | | | | | | | |
| General Ledger | 6435 | | | | | | | | | |
| Ranges: | From: | To: | | Date: | 3/1/2012 | | 3/31/2012 Subtotal By: | | Month | Include: |
| Account: | 11011 | | 11011 Sorted By: | | Account ID | | Print Currency In: Functional (USD) | | | |
| Account: | 02-000-11011 | | | Description: | Cash - Citi SWEEP | | Beginning Balance: | $0.09 | | Credit |
| Trx Date | Jrnl No. | Orig. Audit Trail | | Distribution Refere | Orig. Master Number | | Orig. Master Name | | Debit | $0.09 |
| 3/30/2012 | 37,810 CMTRX00004870 | | | CITIBANK TO CLOSE | RCT000007840 | | CITIBANK | | | |
| Entries: | | 1 Net Change | | Ending Balance | | | | | | |
| March | Subtotals: | | ($0.09) | $0.00 | | $0.00 | $0.09 | | | |
| Totals: | Account: | 02-000-11011 | | ($0.09) | | $0.00 | $0.09 | | | |
| | Accounts | Beginning Balance | | Net Change | | Ending Balance | Debit | | Credit | |
| Grand Totals: | 1 | $0.09 | | ($0.09) | | $0.00 | $0.00 | | $0.09 | |

MOR-1 Mar'12 Cash Disb Journals

System:          DETAILED `          4/11/2012          3:18:02 PM Page:          1 User Date:          4/11/2012 User ID:
Ener1, Inc.      5593
General Ledger

Ranges:                                Date:                            3/31/2012 Subtotal By:    Month          Include:
Account:    From:    11003    To:    11003 Sorted By:    3/1/2012    Print Currency In: Functional (USD)
            Accounts  Beginning Balance  Net Change  Account ID    Debit    Credit
                        0        $0.00      $0.00    Ending Balance  $0.00   $0.00   $0.00

Grand Totals:                        $0.00

MOR-1 Mar'12 Cash Disb Journals

In re Ener1, Inc.       Case No. 12-10299
_____    _____

Debtor      Reporting Period: 3/1/12 - 3/30/12
_____    _____

## STATEMENT OF OPERATIONS (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue
when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | MONTH | CUMULATIVE -FILING TO DATE |
|---|---|---|
| Gross Revenues | 0.00 | 0.00 |
| Less: Returns and Allowances | 0.00 | 0.00 |
| Net Revenue | 0.00 | 0.00 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | 0.00 | 0.00 |
| Add: Purchases | 0.00 | 0.00 |
| Add: Cost of Labor | 0.00 | 0.00 |
| Add: Other Costs (attach schedule) | 0.00 | 0.00 |
| Less: Ending Inventory | 0.00 | 0.00 |
| Cost of Goods Sold | 0.00 | 0.00 |
| Gross Profit | 0.00 | 0.00 |
| **OPERATING EXPENSES** | | |
| Advertising | 1,547.65 | 15,507.01 |
| Auto and Truck Expense | 0.00 | 0.00 |
| Bad Debts | 0.00 | 0.00 |
| Contributions | 0.00 | 0.00 |
| Employee Benefits Programs | 0.00 | 9,406.41 |
| Officer/Insider Compensation* - Director fees | 66,875.00 | 66,875.00 |
| Insurance | 0.00 | 0.00 |
| Management Fees/Bonuses | 0.00 | 0.00 |
| Office Expense | 3,526.31 | 9,871.23 |
| Pension & Profit-Sharing Plans | 0.00 | 0.00 |
| Repairs and Maintenance | 0.00 | 1,562.74 |
| Rent and Lease Expense | 0.00 | 0.00 |
| Salaries/Commissions/Fees | 0.00 | 0.00 |
| Supplies | 0.00 | 0.00 |
| Taxes - Payroll | 0.00 | 0.00 |
| Taxes - Real Estate | 0.00 | 0.00 |
| Taxes - Other | 0.00 | 0.00 |
| Travel and Entertainment | 0.00 | 0.00 |
| Utilities | 0.00 | 0.00 |
| Other - Legal | -9,301.45 | -1,541.45 |
| Total Operating Expenses Before Depreciation | 62,647.51 | 101,680.94 |
| Depreciation/Depletion/Amortization | 185.67 | 673.71 |
| Net Profit (Loss) Before Other Income & Expenses | -62,833.18 | -102,354.65 |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | 0.00 | 0.00 |
| Interest Expense | 2,901,899.96 | 4,281,483.02 |
| Other Expense (attach schedule) | 226,882.70 | 226,882.70 |
| Net Profit (Loss) Before Reorganization Items | -3,191,615.84 | -4,610,720.37 |

In re Ener1, Inc.                                                    Case No. 12-10299
  Debtor                                          Reporting Period: 3/1/12 - 3/30/12

| REORGANIZATION ITEMS | | |
|---|---|---|
| Professional Fees | 0.00 | 0.00 |
| U. S. Trustee Quarterly Fees | 0.00 | 0.00 |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | 0.00 | 0.00 |
| Gain (Loss) from Sale of Equipment | 0.00 | 0.00 |
| Other Reorganization Expenses *(attach schedule)* | 0.00 | 945,386.14 |
| Total Reorganization Expenses | 0.00 | 945,386.14 |
| Income Taxes | 0.00 | 0.00 |
| Net Profit (Loss) | -3,191,615.84 | -5,556,106.51 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

## BREAKDOWN OF "OTHER" CATEGORY

OTHER COSTS

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

OTHER OPERATIONAL EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

OTHER INCOME

| | | |
|---|---|---|
| | | |
| | | |

OTHER EXPENSES

| | | |
|---|---|---|
| Loss on Forgiveness of Intercompany debt | $216,577.31 | $216,577.31 |
| Loss on Investment in EnerDel Japan | $10,305.39 | $10,305.39 |
| | | |

OTHER REORGANIZATION EXPENSES

| | | |
|---|---|---|
| Weil, Gotschal & Manges LLP | | $650,000.00 |
| GreenBerg Traurig | | $295,386.14 |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**

Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item.

In re Ener1, Inc.
 Debtor

Case No. 12-10299
Reporting Period: 3/1/12 - 3/30/12

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| **CURRENT ASSETS** | | | |
| Unrestricted Cash and Equivalents | 1,387,830.81 | 90,945.05 | 25,862.89 |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | 0.00 | 0.00 | 0.00 |
| Accounts Receivable (Net) | 7,449,900.00 | 7,449,900.00 | 0.00 |
| Notes Receivable | 0.00 | 0.00 | 0.00 |
| Inventories | 0.00 | 0.00 | 0.00 |
| Prepaid Expenses | 525,642.97 | 884,985.18 | 4,727,927.63 |
| Professional Retainers | 0.00 | 0.00 | 0.00 |
| Other Current Assets *(attach schedule)* | 0.00 | 0.00 | 0.00 |
| *TOTAL CURRENT ASSETS* | 9,363,373.78 | 8,425,830.23 | 4,753,790.52 |
| **PROPERTY & EQUIPMENT** | | | |
| Real Property and Improvements | | | 0.00 |
| Machinery and Equipment | | | 0.00 |
| Furniture, Fixtures and Office Equipment | 7,345.11 | 7,345.11 | 7,344.50 |
| Leasehold Improvements | 0.00 | 0.00 | 0.00 |
| Vehicles | 0.00 | 0.00 | 0.00 |
| Less: Accumulated Depreciation | -4,985.46 | -4,614.12 | -4,311.75 |
| *TOTAL PROPERTY & EQUIPMENT* | 2,359.65 | 2,730.99 | 3,032.75 |
| **OTHER ASSETS** | | | |
| Amounts due from Insiders* | 380,080,915.29 | 402,785,044.06 | 392,561,707.88 |
| Other Assets *(attach schedule)* | 83,205,619.55 | 85,872,485.05 | 82,052,485.69 |
| *TOTAL OTHER ASSETS* | 463,286,534.84 | 488,657,529.11 | 474,614,193.57 |
| *TOTAL ASSETS* | 472,652,268.27 | 497,086,090.33 | 479,371,016.84 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | | |
| Accounts Payable | | | |
| Taxes Payable *(refer to FORM MOR-4)* | | | |
| Wages Payable | | | |
| Notes Payable | | | |
| Rent / Leases - Building/Equipment | | | |
| Secured Debt / Adequate Protection Payments | 8,333,331.59 | 9,100,000.00 | |
| Professional Fees | | | |
| Amounts Due to Insiders* | | | |
| Other Post-petition Liabilities *(attach schedule)* | | | |
| *TOTAL POST-PETITION LIABILITIES* | 8,333,331.59 | 9,100,000.00 | 0.00 |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | | |
| Secured Debt | 0.00 | 0.00 | 6,500,000.00 |
| Priority Debt | 0.00 | 0.00 | 0.00 |
| Unsecured Debt | 84,632,545.85 | 131,784,605.56 | 110,502,275.64 |
| *TOTAL PRE-PETITION LIABILITIES* | 84,632,545.85 | 131,784,605.56 | 117,002,275.64 |
| *TOTAL LIABILITIES* | 92,965,877.44 | 140,884,605.56 | 117,002,275.64 |
| **OWNERS' EQUITY** | | | |
| Capital Stock | 25,100,577.11 | 6,174,228.85 | 1,869,037.88 |
| Additional Paid-In Capital | 656,471,705.62 | 620,067,261.62 | 620,067,261.62 |
| Partners' Capital Account | | | |
| Owner's Equity Account | | | |
| Retained Earnings - Pre-Petition | -268,022,145.06 | -268,022,145.06 | -259,567,558.30 |
| Retained Earnings - Post-petition | -33,863,746.84 | -2,017,860.64 | |
| Adjustments to Owner Equity *(attach schedule)* | | | |
| Post-petition Contributions *(attach schedule)* | | | |
| *NET OWNERS' EQUITY* | 379,686,390.83 | 356,201,484.77 | 362,368,741.20 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 472,652,268.27 | 497,086,090.33 | 479,371,016.84 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re Ener1, Inc.                                          Case No. 12-10299
    Debtor                                    Reporting Period: 3/1/12 - 3/30/12

## BALANCE SHEET - continuation section

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **Other Current Assets** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Other Assets** | | | |
| Investment in Ener1 Korea | 61,304,229.69 | 60,805,382.97 | 60,805,382.97 |
| Investment in EnerDel | 17,707,125.00 | 17,707,125.00 | 17,707,125.00 |
| Escrow - Joint Venture | 4,000,000.00 | 4,000,000.00 | 0.00 |
| Debt Origination Costs net of Amortization | 0.00 | 2,656,554.45 | 2,793,703.95 |
| Goodwill | 0.00 | 498,846.72 | 540,698.06 |
| Deposits | 194,264.86 | 194,264.86 | 194,264.86 |
| Investment in EnerDel Japan | 0.00 | 10,311.05 | 10,311.05 |
| Investment in Ener1 Technologies | 0.00 | 0.00 | 1,000.00 |
| | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **Other Post-petition Liabilities** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Adjustments to Owner's Equity** | | | |
| | | | |
| | | | |
| | | | |
| **Post-Petition Contributions** | | | |
| | | | |
| | | | |
| | | | |

Restricted Cash:   Cash that is restricted for a specific use and not available to fund operations.
Typically, restricted cash is segregated into a separate account, such as an escrow account.

In re Ener1, Inc.                           Case No. 12-10299
    Debtor                        Reporting Period: 3/1/12 - 3/30/12

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the
amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | 0.00 | 0.00 | 0.00 | | | 0.00 |
| FICA-Employee | 0.00 | 0.00 | 0.00 | | | 0.00 |
| FICA-Employer | 0.00 | 0.00 | 0.00 | | | 0.00 |
| Unemployment | 0.00 | 0.00 | 0.00 | | | 0.00 |
| Income | 0.00 | 0.00 | 0.00 | | | 0.00 |
| Other: | 0.00 | 0.00 | 0.00 | | | 0.00 |
|   Total Federal Taxes | 0.00 | 0.00 | 0.00 | | | 0.00 |
| State and Local | | | | | | |
| Withholding | 0.00 | 0.00 | 0.00 | | | 0.00 |
| Sales | 0.00 | 0.00 | 0.00 | | | 0.00 |
| Excise | 0.00 | 0.00 | 0.00 | | | 0.00 |
| Unemployment | 0.00 | 0.00 | 0.00 | | | 0.00 |
| Real Property | 0.00 | 0.00 | 0.00 | | | 0.00 |
| Personal Property | 0.00 | 0.00 | 0.00 | | | 0.00 |
| Other: | 0.00 | 0.00 | 0.00 | | | 0.00 |
|   Total State and Local | 0.00 | 0.00 | 0.00 | | | 0.00 |
| Total Taxes | 0.00 | 0.00 | 0.00 | | | 0.00 |

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

**Number of Days Past Due**

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Wages Payable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Taxes Payable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Rent/Leases-Building | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Rent/Leases-Equipment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Secured Debt/Adequate Protection Payments | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Professional Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Amounts Due to Insiders | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Post-petition Debts | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**
N/A

System: 4/11/2012    5:56:59 PM
User Date: 4/11/2012

**HISTORICAL AGED TRIAL BALANCE**

Page: 1

Energy, Inc.
Payables Management

12210299-mg    Doc 90    Filed 04/17/12    Entered 04/17/12 12:38:36    Main Document
Pg 1 of 21

**Ranges:**
| | |
|---|---|
| Vendor ID: | 109001 - ZUR001 |
| Class ID: | First - Last |
| Payment Priority: | First - Last |
| Vendor Name: | First - Last |

| | |
|---|---|
| PROJECT ID: | First - Last |
| Posting Date: | First - 3/31/2012 |
| Document Number: | First - Last |

| | | |
|---|---|---|
| Print Option: | SUMMARY | Exclude: Zero Balance, No Activity, Fully Paid Documents, Unposted Applied Credit Documents, Multicurrency Info |
| Aged By: | Document Date | Sorted By: Vendor ID |
| Aging Date: | 3/31/2012 | Due Date |
| | | Print Currency In: Functional (USD) |

---

**Vendor ID: ADP004**  Name: ADP INTERNATIONAL SERVICES BV  Class ID: DEFAULT  PROJECT ID:

| | | Due | Current Period | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|
| Voucher(s): 1 | Aged Totals: | -$2,841.15 | -$2,841.15 | $0.00 | $0.00 | $0.00 |

**Vendor ID: AMEX001**  Name: AMERICAN EXPRESS  Class ID: DEFAULT  PROJECT ID:

| | | Due | Current Period | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|
| Voucher(s): 1 | Aged Totals: | $78.00 | $0.00 | $0.00 | $0.00 | $78.00 |

**Vendor ID: ATP001**  Name: ATP  Class ID: DEFAULT  PROJECT ID:

| | | Due | Current Period | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|
| Voucher(s): 1 | Aged Totals: | -$170.20 | -$170.20 | $0.00 | $0.00 | $0.00 |

**Vendor ID: BEN002**  Name: BENS LUXURY CAR & LIMOUSINE SERVICE INC  Class ID:  PROJECT ID:

| | | Due | Current Period | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|
| Voucher(s): 1 | Aged Totals: | $313.70 | $0.00 | $0.00 | $0.00 | $313.70 |

**Vendor ID: BLO001**  Name: BLOOMBERG FINANCE L.P.  Class ID: DEFAULT  PROJECT ID:

| | | Due | Current Period | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|
| Voucher(s): 2 | Aged Totals: | $10,543.49 | $0.00 | $0.00 | $0.00 | $10,543.49 |

**Vendor ID: CIT001**  Name: CITY OF FT. LAUDERDALE  Class ID: DEFAULT  PROJECT ID:

| | | Due | Current Period | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|
| Voucher(s): 3 | Aged Totals: | $857.77 | $0.00 | $0.00 | $0.00 | $857.77 |

**Vendor ID: EXH001**  Name: THE EXHIBIT HOUSE  Class ID:  PROJECT ID:

| | | Due | Current Period | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|
| Voucher(s): 1 | Aged Totals: | $405.00 | $0.00 | $0.00 | $405.00 | $0.00 |

**Vendor ID: FRE001**  Name: FREDERICK FLEMMING  Class ID: EMPLOYEES  PROJECT ID:

| | | Due | Current Period | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|
| Voucher(s): 2 | Aged Totals: | $55.76 | -$1,314.74 | $0.00 | $0.00 | $1,370.50 |

**Vendor ID: GRE002**  Name: GREG KASAGAWA  Class ID: DEFAULT  PROJECT ID:

| | | Due | Current Period | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|
| Voucher(s): 1 | Aged Totals: | $11,250.00 | $0.00 | $0.00 | $0.00 | $11,250.00 |

**Vendor ID: HIC001**  Name: HI CONNECT  Class ID: DEFAULT  PROJECT ID:

| | | Due | Current Period | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|
| Voucher(s): 1 | Aged Totals: | $6,040.41 | $0.00 | $0.00 | $0.00 | $6,040.41 |

**Vendor ID: IOW001**  Name: IOWA, LLC DBA WIREDRIVE  Class ID: AUTO PAYS  PROJECT ID:

| | | Due | Current Period | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|
| Voucher(s): 1 | Aged Totals: | $815.00 | $0.00 | $0.00 | $0.00 | $815.00 |

**Vendor ID: MER007**  Name: MERRILL COMMUNICATIONS LLC  Class ID: DEFAULT  PROJECT ID:

| | | Due | Current Period | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|
| Voucher(s): 1 | Aged Totals: | $387.91 | $0.00 | $387.91 | $0.00 | $0.00 |

**Vendor ID: MIC005**  Name: MICHIGAN DEPT OF TREASURY  Class ID: DEFAULT  PROJECT ID:

| | | Due | Current Period | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|
| Voucher(s): 2 | Aged Totals: | $332.50 | $0.00 | $166.25 | $166.25 | $0.00 |

**Vendor ID: MOR002**  Name: MORGAN STANLEY SMITH BARNEY LLC  Class ID: RECURRING  PROJECT ID:

| | | Due | Current Period | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|
| Voucher(s): 2 | Aged Totals: | $13,000.00 | $0.00 | $8,500.00 | $0.00 | $4,500.00 |

**Vendor ID: NYS003**  Name: NYSE MARKET, INC.  Class ID: DEFAULT  PROJECT ID:

| | | Due | Current Period | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|
| Voucher(s): 3 | Aged Totals: | $1,433.22 | $0.00 | $1,194.35 | $0.00 | $238.87 |

**Vendor ID: OOF001**  Name: USBANCORP  Class ID: AUTO PAYS  PROJECT ID:

| | | Due | Current Period | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|
| Voucher(s): 2 | Aged Totals: | $1,016.49 | $0.00 | $0.00 | $0.00 | $1,016.49 |

| Vendor ID: PAE001 | | Name: PAETEC COMMUNICATIONS, INC. | | Class ID: RECURRING | PROJECT ID: | |
|---|---|---|---|---|---|---|
| | | Due | Current Period | 31 - 60 Days | 61 - 90 Days | 91 and Over |
| Voucher(s): 3 | Aged Totals: | $1,003.62 | $0.00 | $0.00 | $188.90 | $814.72 |
| Vendor ID: POL005 | | Name: POLAND SPRING DIRECT/NESTLE WATERS | Class ID: | PROJECT ID: | |
| | | Due | Current Period | 31 - 60 Days | 61 - 90 Days | 91 and Over |
| Voucher(s): 1 | Aged Totals: | $197.17 | $0.00 | $197.17 | $0.00 | $0.00 |
| Vendor ID: PRN001 | | Name: PR NEWSWIRE | | Class ID: RECURRING | PROJECT ID: | |
| | | Due | Current Period | 31 - 60 Days | 61 - 90 Days | 91 and Over |
| Voucher(s): 3 | Aged Totals: | $1,210.00 | $0.00 | $1,210.00 | $0.00 | $0.00 |
| Vendor ID: QUA002 | | Name: QUALITY BUILDING SERVICES CORP | | Class ID: DEFAULT | PROJECT ID: | |
| | | Due | Current Period | 31 - 60 Days | 61 - 90 Days | 91 and Over |
| Voucher(s): 2 | Aged Totals: | $1,562.74 | $0.00 | $781.37 | $781.37 | $0.00 |
| Vendor ID: RAC001 | | Name: RACHEL CARROLL | | Class ID: DEFAULT | PROJECT ID: | |
| | | Due | Current Period | 31 - 60 Days | 61 - 90 Days | 91 and Over |
| Voucher(s): 1 | Aged Totals: | $499.45 | $0.00 | $0.00 | $0.00 | $499.45 |
| Vendor ID: REG002 | | Name: REGUS MANAGEMENT GROUP LLC | | Class ID: RECURRING | PROJECT ID: | |
| | | Due | Current Period | 31 - 60 Days | 61 - 90 Days | 91 and Over |
| Voucher(s): 1 | Aged Totals: | $2,811.21 | $0.00 | $0.00 | $0.00 | $2,811.21 |
| Vendor ID: REG006 | | Name: REGISTRAR AND TRANSFER COMPANY | Class ID: RECURRING | PROJECT ID: | |
| | | Due | Current Period | 31 - 60 Days | 61 - 90 Days | 91 and Over |
| Voucher(s): 2 | Aged Totals: | $1,312.82 | $0.00 | $0.00 | $906.41 | $406.41 |
| Vendor ID: ROE001 | | Name: ROETZEL & ANDRESS | | Class ID: DEFAULT | PROJECT ID: | |
| | | Due | Current Period | 31 - 60 Days | 61 - 90 Days | 91 and Over |
| Voucher(s): 1 | Aged Totals: | $4,356.00 | $0.00 | $4,356.00 | $0.00 | $0.00 |
| Vendor ID: SHA001 | | Name: SHAREHOLDER.COM | | Class ID: DEFAULT | PROJECT ID: | |
| | | Due | Current Period | 31 - 60 Days | 61 - 90 Days | 91 and Over |
| Voucher(s): 1 | Aged Totals: | $11,250.00 | $0.00 | $0.00 | $0.00 | $11,250.00 |
| Vendor ID: STA005 | | Name: STANISLAV SHEKSHNIA | | Class ID: DEFAULT | PROJECT ID: | |
| | | Due | Current Period | 31 - 60 Days | 61 - 90 Days | 91 and Over |
| Voucher(s): 1 | Aged Totals: | $13,125.00 | $0.00 | $0.00 | $0.00 | $13,125.00 |
| Vendor ID: THO003 | | Name: THOMSON REUTERS (MARKETS) LLC | | Class ID: DEFAULT | PROJECT ID: | |
| | | Due | Current Period | 31 - 60 Days | 61 - 90 Days | 91 and Over |
| Voucher(s): 1 | Aged Totals: | $2,772.00 | $0.00 | $0.00 | $2,772.00 | $0.00 |
| Vendor ID: TIM001 | | Name: TIME WARNER CABLE OF NYC | | Class ID: RECURRING | PROJECT ID: | |
| | | Due | Current Period | 31 - 60 Days | 61 - 90 Days | 91 and Over |
| Voucher(s): 1 | Aged Totals: | $394.07 | $0.00 | $0.00 | $0.00 | $394.07 |
| Vendor ID: TRI002 | | Name: TRICOR TRUST (LABUAN) LTD. | | Class ID: DEFAULT | PROJECT ID: | |
| | | Due | Current Period | 31 - 60 Days | 61 - 90 Days | 91 and Over |
| Voucher(s): 1 | Aged Totals: | $4,094.00 | $0.00 | $4,094.00 | $0.00 | $0.00 |
| Vendor ID: UTA001 | | Name: UTAC-UNION TECHNIQUE AUTOMOBILE C... | Class ID: DEFAULT | PROJECT ID: | |
| | | Due | Current Period | 31 - 60 Days | 61 - 90 Days | 91 and Over |
| Voucher(s): 1 | Aged Totals: | $2,900.00 | $0.00 | $0.00 | $0.00 | $2,900.00 |

| | | Vendors | Due | Current Period | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|
| **Vendor Totals:** | | 30 | $91,005.98 | -$4,326.09 | $20,887.05 | $5,219.93 | $69,225.09 |

In re Ener1, Inc.
Debtor

Case No. 12-10299
Reporting Period: 3/1/12 - 3/30/12

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $7,449,900.00 |
| Plus: Amounts billed during the period | 0.00 |
| Less: Amounts collected during the period | $0.00 |
| Total Accounts Receivable at the end of the reporting period | $7,449,900.00 |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | $7,449,900.00 | $0.00 | $0.00 | $0.00 | $7,449,900.00 |
| 31 - 60 days old | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 61 - 90 days old | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 91+ days old | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Accounts Receivable | $7,449,900.00 | $0.00 | $0.00 | $0.00 | $7,449,900.00 |
| Less: Bad Debts (Amount considered uncollectible) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Net Accounts Receivable | $7,449,900.00 | $0.00 | $0.00 | $0.00 | $7,449,900.00 |

## TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 31 - 60 days old | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 61 - 90 days old | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 91+ days old | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Taxes Payable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Accounts Payable | -$4,326.09 | $20,887.05 | $5,219.93 | $69,225.09 | $91,005.98 |

In re Ener1, Inc.                                    Case No. 12-10299
    **Debtor**                          Reporting Period: 3/1/12 - 3/30/12

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals.  For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.).  Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| | | 0.00 | 0.00 |
| | | 0.00 | 0.00 |
| | | 0.00 | 0.00 |
| | | 0.00 | 0.00 |
| | | 0.00 | 0.00 |
| | | 0.00 | 0.00 |
| | | 0.00 | 0.00 |
| | | 0.00 | 0.00 |
| TOTAL PAYMENTS TO INSIDERS | | 0.00 | 0.00 |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL PAYMENTS TO PROFESSIONALS | | 0.00 | 0.00 | 0.00 | 0.00 |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 |
| TOTAL PAYMENTS | | 0.00 | 0.00 |

In re Ener1, Inc.                                    Case No. 12-10299
_____Debtor_____                   Reporting Period: 3/1/12 - 3/30/12

## DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 3 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 4 Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5 Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 6 Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 7 Are any post petition receivables (accounts, notes or loans) due from related parties? | X | |
| 8 Are any post petition payroll taxes past due? | | X |
| 9 Are any post petition State or Federal income taxes past due? | | X |
| 10 Are any post petition real estate taxes past due? | | X |
| 11 Are any other post petition taxes past due? | | X |
| 12 Have any pre-petition taxes been paid during this reporting period? | | X |
| 13 Are any amounts owed to post petition creditors delinquent? | | X |
| 14 Are any wage payments past due? | | X |
| 15 Have any post petition loans been been received by the Debtor from any party? | | X |
| 16 Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 17 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 18 Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

**EXPLANATIONS:**

7 Several payments were made on behalf of subsidiaries and charged to intercompany receivables.