| | | | |
|---|---|---|---|
| IN RE: | Ener1, Inc. } | CHAPTER 11 | |
| | } | | |
| | } | CASE NO. | 12-10299 |
| | } | | |
| | } | | |
| DEBTOR. | } | | |

## DEBTOR'S POST-CONFIRMATION
## MONTHLY OPERATING REPORT
## FOR THE PERIOD
**FROM** 7/1/2013 **TO** 9/30/2013

Comes now the above-named debtor and files its Post-Confirmation Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.

Signed:: _Jack Larch_ (signature)    Date: 10/14/2013

Jack Larch
    Print Name

Corporate Controller
    Title

Debtor's Address
and Phone Number:
EnerDel, Inc.
3023 Distribution Way, # 100
Greenfield IN 46140-6602

Tel.  317-947-6818

Attorney's Address
and Phone Number:

Bar No. _____
Tel. _____

Note:  The original Monthly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee.  Quarterly Operating Reports must be filed by the 15th day of the following month.

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Is the Debtor current on all post-confirmation plan payments? | | X (note 1) |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

Note 1 - see explanation on Attachment No. 1 A

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY | and | CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| See summary of policies on Attachment No. 1 A. | | | | |
| | | | | |
| | | | | |
| | | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

On April 9, 2013, Ener1, Inc. entered into a Settlement Agreement with its principal lenders and majority shareholder, Bzinfin, in which the lenders agreed to forbear from exercising their default-related remedies upon certain terms and conditions. The lenders' forbearance was condition upon, inter alia, the consent of Bzinfin and Ener1 to (i) a reconstitution of Ener1's board of directors, and (ii) the institution of a process that contemplates the sale of substantially all of the equity interests, assets or businesses of Ener1 and its subsidiaries. In conjunction with the implementation of the terms of the Settlement Agreement, the directors of Ener1, Inc. and certain of its subsidiaries resigned and two, new independent directors were appointed by the lenders.

The forbearance period in the aforementioned Settlement Agreement expired on October 9, 2013. The lenders and Bzinfin agreed to extend the forbearance period through October 18th.

**Estimated Date of Filing the Application for Final Decree: 4th Quarter 2013**

ATTACHMENT NO. 1 A

QUESTIONNAIRE NO. 4 "Is the Debtor current on all post-confirmation plan payments?

No. The debtor is in default of payments due to Holders Plan, Itochu Plan and Term Loan lenders. A forbearance agreement was reached on April 9, 2013 (see note on attachment 1).

CONFIRMATION OF INSURANCE:

| Coverage | Carrier | Policy Period | Policy Number |
|---|---|---|---|
| GL/PLL | Ironshore Specialty | 4/10/13 – 4/1/14 | 001640100 |
| Excess Liability - second layer | Ironshore Specialty Insurance Co. | 4/10/13 – 4/1/14 | 001640200 |
| Excess Liability - third layer | Navigators Specialty Insurance Co. | 4/10/13 – 4/1/14 | CH13XEN0A4LOANC |
| Property | Travelers | 4/10/13 – 4/1/14 | KTK-CMB-1D01612-A-13 |
| Workers' Compensation | United States Fire Insurance Co. (Crum & Forster) | 4/10/13 – 4/10/14 | 408705988 |
| Auto | United States Fire Insurance Co. (Crum & Forster) | 4/10/13 – 4/10/14 | 133733395 |
| Foreign Package | Zurich Envoy | 4/10/13 – 4/1/14 | ZE 9829144-02 |
| Directors & Officers | National Union Fire Insurance Company of Pittsburgh, PA (Chartis) | 3/30/13 – 3/30/14 | 01-873-38-63 |
| EPL | National Union Fire Insurance Company of Pittsburgh, PA (Chartis) | 3/30/13 – 3/30/14 | 01-899-79-57 |
| Directors & Officers -Side A | Berkely Insurance Co. | 3/30/13 – 3/30/14 | 18008171 |
| Marine Cargo/Transit | Alterra American Insurance Co. | 5/1/13 – 4/1/14 | MAXA5OMC0002302 |

No premium amounts are delinquent.

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 2

# CHAPTER 11 POST-CONFIRMATION
# SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| Case Name: | Ener1, Inc., Debtor |
|---|---|
| Case Number: | 12-10299 |
| Date of Plan Confirmation: | February 28, 2012 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

|  | Quarterly | Post Confirmation Total |
|---|---|---|
| 1. CASH (Beginning of Period) | $ 40,147.34 | $ 1,387,830.81 |
| 2. INCOME or RECEIPTS during the Period | $ 4,771,753.23 | $ 21,781,620.95 |

3. **DISBURSEMENTS**

    a. Operating Expenses (Fees/Taxes):

| | Quarterly | Post Confirmation Total |
|---|---|---|
| (i) U.S. Trustee Quarterly Fees (note 1) | $ 0.00 | $ 30,400.00 |
| (ii) Federal Taxes | N/A | N/A |
| (iii) State Taxes | N/A | N/A |
| (iv) Other Taxes | N/A | N/A |
| b. All Other Operating Expenses: | $ 4,775,145.00 | $ 17,410,317.48 |
| c. Plan Payments:* | | |
| (i) Administrative Claims | $ None | $ 1,029,281.56 |
| (ii) Class One | None | 1,344,702.48 |
| (iii) Class Two | None | None |
| (iv) Class Three | None | 3,317,994.67 |
| (v) Class Four | None | None |
| (Attach additional pages as needed) | | |
| **Total Disbursements (Operating & Plan)** | $ 4,775,145.00 | $ 23,132,696.19 |
| 1. CASH (End of Period) | $ 36,755.57 | $ 36,755.57 |

\* This includes any and all disbursements made under the plan of reorganization or in the ordinary course of the reorganized debtor's post-confirmation business, whether the disbursements are made through a trust, by a third party, or by the reorganized debtor.

Note 1: Debtor's Quarterly Fee to U.S. Trustee was paid on behalf of debtor by EnerDel, Inc. (wholly-owned subsidiary and administrative agent) on 7/24/13 (EnerDel check no. 32266 in the amount of $13,000.00).

# CHAPTER 11 POST-CONFIRMATION
# BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Jul-13 Reconciliation | Aug-13 Reconciliation | Sep-13 Reconciliation |
|---|---|---|---|---|
| Name of Bank: | PNC Bank | | | |
| Account Number: | 3028 | | | |
| Purpose of Account (Operating/Payroll/Tax) | Operating | | | |
| Type of Account (e.g. checking) | Checking | | | |
| Bank Statement Attached: | | Yes | Yes | Yes |
| 1. Balance per Bank Statement | | $27,538.93 | $9,435.99 | $36,755.57 |
| 2. ADD: Deposits not credited | | $0.00 | $0.00 | $0.00 |
| 3. SUBTRACT: Outstanding Checks (See Below) | | $0.00 | $0.00 | $0.00 |
| 4. Other Reconciling Items - Posting Error | | $0.00 | $0.00 | $0.00 |
| 5. Month End Balance (Must Agree with Books) | | $27,538.93 | $9,435.99 | $36,755.57 |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

# Corporate Business Account Statement

 PNC BANK

**For the period 06/29/2013 to 07/31/2013**
019021

ENER1 INC
3023 DISTRIBUTION WAY STE 100
GREENFIELD IN 46140-6602

Account number: ▮▮▮▮-3028

Number of enclosures: 0
Tax ID Number: 59-2479377

☎ For Client Services:
Call 1-800-669-1518

🖥 Visit us at PNC.com/treasury

✉ Write to: Treas Mgmt Client Care
One Financial Parkway
Locator Z1-Yb42-03-1
Kalamazoo, MI 49009

## Account Summary Information

### Balance Summary

| Beginning balance | Deposits and other credits | Checks and other debits | Ending balance |
|---|---|---|---|
| 40,147.34 | 1,532,391.59 | 1,545,000.00 | 27,538.93 |

| Deposits and Other Credits | | | Checks and Other Debits | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| Deposits | 1 | 8,675.00 | Checks | 0 | 0.00 |
| National Lockbox | 0 | 0.00 | Returned Items | 0 | 0.00 |
| ACH Credits | 0 | 0.00 | ACH Debits | 0 | 0.00 |
| Funds Transfers In | 3 | 1,523,716.59 | Funds Transfers Out | 0 | 0.00 |
| Trade Services | 0 | 0.00 | Trade Services | 0 | 0.00 |
| Investments | 0 | 0.00 | Investments | 0 | 0.00 |
| Zero Balance Transfers | 0 | 0.00 | Zero Balance Transfers | 0 | 0.00 |
| Adjustments | 0 | 0.00 | Adjustments | 0 | 0.00 |
| Other Credits | 0 | 0.00 | Other Debits | 5 | 1,545,000.00 |
| Total | 4 | 1,532,391.59 | Total | 5 | 1,545,000.00 |

### Ledger Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 06/29 | 40,147.34 | 07/05 | 32,538.93 | 07/24 | 27,538.93 |
| 07/02 | 33,822.34 | 07/16 | 7,538.93 | | |
| 07/03 | 657,538.93 | 07/18 | 2,538.93 | | |

## Deposits and Other Credits

**Deposits** — 1 transaction for a total of $ 8,675.00

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/02 | 8,675.00 | Deposit | 139303271 |

**Funds Transfers In** — 3 transactions for a total of $ 1,523,716.59

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/03 | 31,480.00 | Fed Wire In 029496 | W029496 0703 |
| 07/03 | 592,236.59 | Fed Wire In 032345 | W032345 0703 |
| 07/24 | 900,000.00 | Fed Wire In 016377 | W016377 0724 |



PNDMLT01-JOB22539-N71-NNNNNN-002-039828

# Corporate Business Account Statement

ENER1 INC  
3023 DISTRIBUTION WAY STE 100

For the period 06/29/2013 to 07/31/2013  
Account number: -3028

## Checks and Other Debits

**Other Debits** — 5 transactions for a total of $ 1,545,000.00

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 07/02 | 15,000.00 | Account Transfer To | 0000004645213298 | ENERFUEL INC |
| 07/05 | 625,000.00 | Account Transfer To | 0000004645213271 | ENERDEL INC |
| 07/16 | 25,000.00 | Account Transfer To | 0000004645213298 | ENERFUEL INC |
| 07/18 | 5,000.00 | Account Transfer To | 0000004645213271 | ENERDEL INC |
| 07/24 | 875,000.00 | Account Transfer To | 0000004645213271 | ENERDEL INC |

FORM166R-0111

# Corporate Business Account Statement 




**For the period 08/01/2013 to 08/30/2013**
018929

 EMER1 INC
3023 DISTRIBUTION WAY STE 100
GREENFIELD IN 46140-6602

Account number: ▮▮▮▮-3028

Number of enclosures: 0
Tax ID Number: 59-2479377

☎ For Client Services:
Call 1-800-669-1518

💻 Visit us at PNC.com/treasury

✉ Write to: Treas Mgmt Client Care
One Financial Parkway
Locator Z1-Yb42-03-1
Kalamazoo, MI 49009

## Account Summary Information

### Balance Summary

| Beginning balance | Deposits and other credits | Checks and other debits | Ending balance |
|---|---|---|---|
| 27,538.93 | 2,186,982.06 | 2,205,085.00 | 9,435.99 |

| Deposits and Other Credits | | | Checks and Other Debits | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| Deposits | 1 | 1,500.00 | Checks | 0 | 0.00 |
| National Lockbox | 0 | 0.00 | Returned Items | 0 | 0.00 |
| ACH Credits | 1 | 10,602.06 | ACH Debits | 1 | 85.00 |
| Funds Transfers In | 2 | 2,174,880.00 | Funds Transfers Out | 1 | 1,000,000.00 |
| Trade Services | 0 | 0.00 | Trade Services | 0 | 0.00 |
| Investments | 0 | 0.00 | Investments | 0 | 0.00 |
| Zero Balance Transfers | 0 | 0.00 | Zero Balance Transfers | 0 | 0.00 |
| Adjustments | 0 | 0.00 | Adjustments | 0 | 0.00 |
| Other Credits | 0 | 0.00 | Other Debits | 3 | 1,205,000.00 |
| Total | 4 | 2,186,982.06 | Total | 5 | 2,205,085.00 |

### Ledger Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 08/01 | 27,538.93 | 08/15 | 9,640.99 | 08/28 | 9,435.99 |
| 08/07 | 38,140.99 | 08/21 | 9,555.99 | | |
| 08/14 | 14,640.99 | 08/23 | 9,435.99 | | |

## Deposits and Other Credits

### Deposits — 1 transaction for a total of $ 1,500.00

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/14 | 1,500.00 | Deposit | 139725939 |

### ACH Credits — 1 transaction for a total of $ 10,602.06

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/07 | 10,602.06 | Corporate ACH Payments Willis NY Pr Ft 7 | 000132199066948839 |



PNDMLT01-JOB96415-N71-NNNNNN-002-037647

# Corporate Business Account Statement

ENER1 INC
3023 DISTRIBUTION WAY STE 100

**For the period 08/01/2013 to 08/30/2013**

Account number: -3028



## Deposits and Other Credits  - continued

### Funds Transfers In — 2 transactions for a total of $ 2,174,880.00

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/23 | 1,174,880.00 | Fed Wire In 014148 | W014148 0823 |
| 08/28 | 1,000,000.00 | Fed Wire In 012101 | W012101 0828 |

## Checks and Other Debits

### ACH Debits — 1 transaction for a total of $ 85.00

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/21 | 85.00 | Corporate ACH Payment IRS User Fee 0000 | 00013233906117398 |

### Funds Transfers Out — 1 transaction for a total of $ 1,000,000.00

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/28 | 1,000,000.00 | Int'L Wire Out 026738 | W026738 0828 |

### Other Debits — 3 transactions for a total of $ 1,205,000.00

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 08/14 | 25,000.00 | Account Transfer To | 0000004645213298 | ENERFUEL INC |
| 08/15 | 5,000.00 | Account Transfer To | 0000004645213298 | ENERFUEL INC |
| 08/23 | 1,175,000.00 | Account Transfer To | 0000004645213271 | ENERDEL INC |

FORM166R-0111

## Corporate Business Account Statement 

Account Number: ▓▓▓▓-3028

For the period   08/31/2013 to 09/30/2013

ENER1 INC
3023 DISTRIBUTION WAY STE 100
GREENFIELD IN 46140-6602

Number of enclosures:   0
Tax ID Number: 59-2479377
For Client Services:
  Call 1-800-669-1518
Visit us at PNC.com/treasury
Write to: Treas Mgmt Client Care
  One Financial Parkway
  Locator Z1-Yb42-03-1
  Kalamazoo MI 49009

## Account Summary Information

### Balance Summary

| Beginning balance | Deposits and other credits | Checks and other debits | Ending balance |
|---|---|---|---|
| 9,435.99 | 1,052,379.58 | 1,025,060.00 | 36,755.57 |

| Deposits and Other Credits | | | Checks and Other Debits | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| Deposits | 0 | .00 | Checks | 0 | .00 |
| National Lockbox | 0 | .00 | Returned Items | 0 | .00 |
| ACH Credits | 1 | 19,076.00 | ACH Debits | 0 | .00 |
| Funds Transfers In | 4 | 1,033,303.58 | Funds Transfers Out | 1 | 1,000,060.00 |
| Trade Services | 0 | .00 | Trade Services | 0 | .00 |
| Investments | 0 | .00 | Investments | 0 | .00 |
| Zero Balance Transfers | 0 | .00 | Zero Balance Transfers | 0 | .00 |
| Adjustments | 0 | .00 | Adjustments | 0 | .00 |
| Other Credits | 0 | .00 | Other Debits | 1 | 25,000.00 |
| Total | 5 | 1,052,379.58 | Total | 2 | 1,025,060.00 |

### Ledger Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 08/31 | 9,435.99 | 09/05 | 9,435.57 | 09/26 | 3,511.57 |
| 09/03 | 1,009,435.57 | 09/09 | 28,511.57 | 09/27 | 36,755.57 |
| 09/04 | 1,009,495.57 | | | | |

## Deposits and Other Credits

### ACH Credits — 1 transaction for a total of $19,076.00

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/09 | 19,076.00 | Corporate ACH Payments Willis NY Pr Ft 3 | 00013252901838095 |

### Funds Transfer In — 4 transactions for a total of $1,033,303.58

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/03 | 999,999.58 | Fed Wire In 018186 | W018186 0903 |
| 09/04 | 60.00 | Fed Wire In 006911 | W006911 0904 |
| 09/27 | 6,000.00 | Fed Wire In 003068 | W003068 0927 |
| 09/27 | 27,244.00 | Fed Wire In 010219 | W010219 0927 |

# Corporate Business Account Statement

ENER1 INC  
3023 DISTRIBUTION WAY STE 100

For the period    08/31/2013 to 09/30/2013  
Account number:    ▬-3028

## Checks and Other Debits

**Funds Transfers Out** — 1 transaction for a total of $1,000,060.00

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/05 | 1,000,060.00 | Int'L Wire Out 020064 | W020064 0905 |

**Other Debits** — 1 transaction for a total of $25,000.00

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/26 | 25,000.00 | Account Transfer To    0000004645213271 | ENERDEL INC |

**MONTHLY OPERATING REPORT - POST CONFIRMATION**

**ATTACHMENT NO. 4**

**CHAPTER 11 POST-CONFIRMATION**
**CASH/DEBIT/CHECK DISBURSEMENTS DETAILS**

| Name of Bank | PNC Bank |
|---|---|
| Account Number | 3028 |
| **Purpose of Account (Operating/Payroll/Personal)** | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| WIRE | 7/2/2013 | EnerFuel, Inc. | Intercompany loan. | $15,000.00 |
| WIRE | 7/5/2013 | EnerDel, Inc. | Intercompany loan. | $625,000.00 |
| WIRE | 7/16/2013 | EnerFuel, Inc. | Intercompany loan. | $25,000.00 |
| WIRE | 7/18/2013 | EnerDel, Inc. | Intercompany loan. | $5,000.00 |
| WIRE | 7/24/2013 | EnerDel, Inc. | Intercompany loan. | $875,000.00 |
| WIRE | 8/14/2013 | EnerFuel, Inc. | Intercompany loan. | $25,000.00 |
| WIRE | 8/15/2013 | EnerFuel, Inc. | Intercompany loan. | $5,000.00 |
| WIRE | 8/21/2013 | IRS | Filing fee for Form 8802. | $85.00 |
| WIRE | 8/23/2013 | EnerDel, Inc. | Intercompany loan. | $1,175,000.00 |
| WIRE | 8/28/2013 | Z1 Group | Sold MGTES receivable * | $1,000,000.00 |
| WIRE | 9/5/2013 | Z1 Group | Sold MGTES receivable * | $1,000,060.00 |
| WIRE | 9/26/2013 | EnerDel, Inc. | D&O insurance premium. | $25,000.00 |
| | | | TOTAL | $4,775,145.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| N/A |
|---|
| *Ener1 sold grid energy storage products to MGTES during 2011. MGTES was not obligated to make final $2,000,000.00 payment until 8/28/13. Ener1 sold the accounts receivable to Z1 Group at a discount. On 8/23/13, Z1 Group advanced $1,174,880.00 to Ener1 from the sold accounts receivable. On 8/28/13, MGTES paid Ener1 $1,000,000.00 of the accounts receivable and Ener1 repaid the amount to Z1 Group. On 9/3/13, MGTES paid Ener1 the final amount of $999,999.58 and Ener1 repaid Z1 Group $1,000,060.00. |