UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re:<br><br>ENER1, INC.,<br><br>　　　　　　　　　Reorganized Debtor. | Chapter 11<br><br>Case No.: 12-10299-MG |
|---|---|

## CLOSING REPORT IN CHAPTER 11 CASE

To the best of my knowledge and belief, the following is a breakdown in this case:

FEES AND EXPENSES (from case inception through the Effective Date):

$375,000.00    FEE for ATTORNEY for DEBTOR

　　　　(i)    Reed Smith LLP, counsel for the Debtor-in-Possession: $375,000.00

$691,781.56    OTHER PROFESSIONAL FEES and ALL EXPENSES

　　　　(ii)    Houlihan Lokey Howard & Zulkin Capital, Inc., investment banker and financial advisor to the Debtor: $575,000.00 plus expense of $95.61.

　　　　(iii)    Gibson Dunn & Crutcher, special counsel to the Debtor:   $115,734.00 plus expenses of $951.95

N/A    TRUSTEE FEE (if applicable)

N/A    FEE for ATTORNEY for TRUSTEE (if applicable)

100%    DIVIDEND PAID/TO BE PAID

_____    FUTURE DIVIDENDS (check if % of future dividend under plan not yet able to be determined)

Completed    INITIAL DISTRIBUTION UNDER THE PLAN COMPLETED

_____    OTHER: (explain)

DATE: December 7th, 2016          Ener1, Inc.

　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　Name: MICHAEL CANADA
　　　　　　　　　　　　　　　　　　Title: PRESIDENT