UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ENER1, INC.,<br><br>    Reorganized Debtor. | Chapter 11<br><br>Case No.: 12-10299-MG |

# FINAL DECREE AND ORDER CLOSING CASE

Upon consideration of the application of the Reorganized Debtor pursuant to section 350(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*, as amended (the "Bankruptcy Code"), Rule 3022 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3022-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), seeking entry of a final decree and order closing this Chapter 11 Case (the "Application"); and consideration of the application and the relief requested therein being a core proceeding in the Bankruptcy Court pursuant to 28 U.S.C. §157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the application being sufficient under the circumstances; and the relief requested being in the best interest of the Debtor, its estate, and creditors, it is hereby ORDERED, ADJUDGED AND DECREED THAT:

  1. The Application is GRANTED.

  2. Pursuant to section 350 of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1, this Chapter 11 Case is hereby closed and a final decree is granted.

  3. Notwithstanding the foregoing, this Court shall retain jurisdiction with respect to the Chapter 11 Case as provided for in the Plan and in the Confirmation Order, and entry of this

Order and this final decree shall be without prejudice to the rights of any party in interest to seek to reopen the Chapter 11 Case pursuant to section 350(b) of the Bankruptcy Code.

4. The Debtor shall reserve sufficient funds to pay the Office of the United States Trustee the amount of any quarterly fees due pursuant to 28 U.S.C. § 1930 and any applicable interest due pursuant to 31 U.S.C. § 3717, which fees and interest, if any, shall be paid within ten (10) days of the entry of this Final Decree. Upon the payment of such quarterly fees, the Debtors shall file and simultaneously provide to the United States Trustee an affidavit indicating cash disbursements for the fourth quarter of 2016, and the first quarter of 2017 in which this Final Decree is entered, and for any other relevant quarter or quarters.

5. This Court shall retain jurisdiction with respect to any and all matters arising from or related to the interpretation or implementation of this Order.

**IT IS SO ORDERED.**

Dated:    January 3, 2017
         New York, New York

                                                   **/s/Martin Glenn**
                                                   MARTIN GLENN
                                        United States Bankruptcy Judge